

# Fourth Court of Appeals
## San Antonio, Texas

December 12, 2018

No. 04-18-00852-CV

**IN RE ANDERSON COLUMBIA CO., INC.**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Justice
               Patricia O. Alvarez, Justice
               Irene Rios, Justice

The real parties in interest's unopposed motion for extension of leave to amend and/or deadline to file response to petition for writ of mandamus is hereby GRANTED. Time is extended to December 20, 2018. No further requests for an extension of time will be considered.

It is so **ORDERED** on December, 2018.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 15-03-31056-MCV, styled *Jerold Givens, et al. v. Salatiel Polanco, et al.*, pending in the 293rd Judicial District Court, Maverick County, Texas, the Honorable Gloria Saldana presiding.